IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03155-BNB

TODD KENNETH HOROB,

    Plaintiff,

v.

MR. SELL,
MS. NABORS, and
MS. TABOR, of the Federal Bureau of Prisons,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Todd Kenneth Horob, is a federal prisoner in Colorado. Mr. Horob initiated this action by filing *pro se* a Motion for Restraining Order (ECF No. 1). On December 4, 2012, Magistrate Judge Boyd N. Boland entered an order directing Mr. Horob to cure certain deficiencies if he wished to pursue any claims in this action. More specifically, Magistrate Judge Boland ordered Mr. Horob to file a Prisoner Complaint and to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 along with a certified copy of his inmate trust fund account statement and a signed authorization allowing the Bureau of Prisons to calculate and disburse filing fee payments from his inmate account. Mr. Horob was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    On December 14, 2012, Mr. Horob submitted for filing a certified copy of his inmate trust fund account statement. However, Mr. Horob has failed within the time allowed to file on the proper forms a Prisoner Complaint and a Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and he has failed to submit a signed authorization allowing the Bureau of Prisons to calculate and disburse filing fee payments from his inmate account. Therefore, the action will be dismissed for failure to cure all of the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Motion for Restraining Order is denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Horob failed to cure all of the deficiencies as directed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this 11th day of January, 2013.

BY THE COURT:

s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court