IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03155-LTB

TODD KENNETH HOROB,

    Plaintiff,

v.

MR. SELL,
MS. NABORS, and
MS. TABOR, of the Federal Bureau of Prisons,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 11, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 11 day of January, 2013.

                           FOR THE COURT,

                           JEFFREY P. COLWELL, Clerk

                           By: s/ S. Grimm
                               Deputy Clerk